**No. 60863.**—Castello Fencing Equipment Co., Inc., and American Express Co. v. United States, protests 263212-K and 263213-K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of fencing foils similar in all material respects to those the subject of *Castello Fencing Equipment Co., Inc.,* and *Rohner, Gehrig & Co., Inc.* v. *United States* (29 Cust. Ct. 72, C. D. 1447), the claim of the plaintiffs was sustained.

**No. 60864.**—Pomerantz Associates, Inc. v. United States, protest 262655-K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of pepper mills similar in all material respects to those the subject of Abstract 59626, the claim of the plaintiff was sustained.

**No. 60865.**—Reliance International Mfg., Ltd. v. United States, protests 251362-K, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of parakeet playpens, composed in chief value of steel, the same in all material respects as those the subject of *Reliance International Mfg., Ltd.* v. *United States* (37 Cust. Ct. 182, C. D. 1820), the claim of the plaintiff was sustained.